**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
LG CAPITAL FUNDING, LLC,

                     Plaintiff,                     17-CV-4006 (LJL) (OTW)

       -against-                           **SCHEDULING ORDER**

EXELED HOLDINGS INC., f/k/a ENERGIE
HOLDINGS, INC.,

                     Defendant.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to appear for a telephonic evidentiary hearing on the issue of damages on **October 21, 2020 at 10:30 am.** Dial-in (866) 390-1828, access code 1582867.

Plaintiff should be prepared to address the following:

1) The methodology used to calculate the conversion price of $0.005005. *See* ECF 26-12. Plaintiff must also discuss how that calculation comports with Section 4(a) of the Convertible Redeemable Note, ECF 26-2. *See also* ECF 68 at 12 n.7.

2) ELED's daily stock price (high, low, and close) in the period April 1, 2017 through May 31, 2017, and the source for that information. The Court notes that ECF 92, which purports to attach a copy of the historical stock price, is missing its attachment.

3) Any other affirmative evidence it intends to introduce in support of its damages.

Plaintiff shall submit on ECF by **October 14, 2020** any exhibits to introduce. The names and qualifications of witnesses, if any, shall also be provided at that time. By October 16, 2020, Defendant may submit the same in rebuttal.

Plaintiff is further directed to submit two courtesy hard copies of all planned exhibits to Chambers. The copies shall include the ECF stamped header.

Plaintiff is directed to serve a copy of this Order on Defendant and file proof of service within seven (7) days of this order.

**SO ORDERED.**

Dated: October 2, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge