```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LG CAPITAL FUNDING, LLC,                                           :
                                                                   :
                              Plaintiff,                           :
                                                                   :        17-cv-4006 (LJL)
             -v-                                                   :
                                                                   :           ORDER
EXELED HOLDINGS INC.,                                              :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2023

LEWIS J. LIMAN, United States District Judge:

      This morning, the Court mistakenly entered an order granting the motion for an extension on the time to produce discovery.  Dkt. No. 189.  The Court had intended to sign the proposed stipulation.  Dkt. No. 187.  The order granting the motion for an extension is rescinded.  Any response to that motion is due August 4, 2023.  The Court will take the matter under advisement.

      SO ORDERED.

Dated: August 3, 2023                      _____
      New York, New York                        LEWIS J. LIMAN
                                                United States District Judge