```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LG CAPITAL FUNDING, LLC,                                          :
:
                    Plaintiffs,                         :
:     17-cv-4006 (LJL)
     -v-                                                       :
:     ORDER
EXELED HOLDINGS INC.,                                             :
:
                    Defendants.                        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The request for an extension of time to produce documents pursuant to the first request for production of documents is denied.  Dkt. No. 188.  No good cause has been shown.  All documents responsive to the first request for production of documents shall be produced by close of day August 4, 2023, as previously ordered.

       SO ORDERED.

Dated: August 4, 2023
       New York, New York                              _____
                                                           LEWIS J. LIMAN
                                                    United States District Judge