UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 08/21/2024               │
└─────────────────────────────────────┘
```

----------------------------------------------------------------X

LG CAPITAL FUNDING, LLC,                          :
                                                  :
                           Plaintiff,             :
                                                  :
                                                  :        17-cv-4006 (LJL)
              -v-                                 :
                                                  :        ORDER
EXELED HOLDINGS INC.,                             :
                                                  :
                           Defendant.             :
                                                  :
----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Based on the representation of counsel this case is dismissed without costs and without prejudice to restoring the case to the Court's calendar, provided an application is made to the Court within seven days of this Order. The conference scheduled for today is CANCELLED.


SO ORDERED.


Dated: August 21, 2024
       New York, New York          _____
                                        LEWIS J. LIMAN
                                   United States District Judge